AO 257 (Rev. 6/78)

Case 3:08-cr-00507-PJH   Document 4   Filed 07/29/2008   Page 1 of 4

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

8 USC Section 1326: Illegal Reentry By Alien After Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:** Maximums: 20 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment; deportation from the United States.

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**

▶ JUAN EMMANUEL TRIGOS-HERNANDEZ

**DISTRICT COURT NUMBER**

CR 08 - 0507

FILED JUL 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PJH

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

ICE, Deportation Officer Polly Kaiser

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} 08-70433 MEJ

Name and Office of Person Furnishing Information on this form: **AUSA Nat Cousins**

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): **AUSA Nat Cousins**

---

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction  } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☒ Yes  ☐ No  } If "Yes" give date filed: 0

**DATE OF ARREST** ▶ Month/Day/Year: _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year: 7/8/08

☒ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

FILED
JUL 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PJH

---

UNITED STATES OF AMERICA,

V.

CR 08    0507

JUAN EMMANUEL TRIGOS-HERNANDEZ

DEFENDANT(S).

---

## INDICTMENT

VIOLATION: 8 U.S.C. § 1326 - Illegal Reentry Following Deportation

---

A true bill.

_____ Foreman

Filed in open court this 29th day of July, 2008

Brenda Tolbert
Clerk

Bail, $ No process

Maria Elena James
United States Magistrate Judge

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED

JUL 29 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PJH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 08 0507

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JUAN EMMANUEL TRIGOS-HERNANDEZ,<br>   a/k/a Hector Aguilar,<br><br>   Defendant. | No.<br><br>VIOLATION: 8 U.S.C. § 1326 – Illegal Reentry Following Deportation<br><br>SAN FRANCISCO VENUE |

### INDICTMENT

The Grand Jury charges:

On or about July 27, 2007, the defendant,

JUAN EMMANUEL TRIGOS-HERNANDEZ,

an alien, was excluded, deported and removed from the United States, and thereafter, on or about July 8, 2008, was found in the Northern District of California, the Attorney General of the United States and the Secretary of the Department of Homeland Security

///

///

///

///

INDICTMENT

1  not having expressly consented to a re-application by the defendant for admission into the
2  United States, in violation of Title 8, United States Code, Section 1326.
3
4  DATED: 7/29/08                                A TRUE BILL.
5
6                                                /s/ *FOREPERSON*
7  JOSEPH P. RUSSONIELLO
   United States Attorney
8
9  /s/ Kyle F. Waldinger
10 KYLE WALDINGER
   Deputy Chief, Major Crimes Section
11
12 (Approved as to form: /s/ *AUSA COUSINS*)

28

INDICTMENT

2