UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** August 6, 2008                                        **JUDGE:**  Phyllis J. Hamilton

**Case No:**  CR-08-0507 PJH

**Case Name:**    UNITED STATES   v.   JUAN TRIGOS HERNANDEZ (C)

**Attorney for Plaintiff:**      Nat Cousins
**Attorney for Defendant:**  Eric Hairston

**Deputy Clerk:**  Nichole Heuerman                **Court Reporter**: Margo Gurule

**PROCEEDINGS**

      Trial Setting-Held.  The government informs the court that most of the discovery has been produced but there are still audio tapes and documents from the underlying state court proceedings that are still outstanding.  The parties request to continue the matter is granted by the court.  Time is excluded from 8/6/08 to 9/3/08 for effective preparation of counsel.  The government to prepare order regarding exclusion of time.

**CASE CONTINUED TO:** September 3, 2008 at 1:30 p.m. for Status/Trial Setting.

---
**EXCLUDABLE DELAY:** Category  Begins 8/6/08 Ends 9/3/08
---

**cc:**    file