UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** September 3, 2008                                **JUDGE:**  Phyllis J. Hamilton

**Case No:**  CR-08-0507 PJH

**Case Name:**     UNITED STATES   v.   JUAN TRIGOS HERNANDEZ (C)

**Attorney for Plaintiff:**     Owen Martikan for Nat Cousins
**Attorney for Defendant:**  Rita Bosworth

**Deputy Clerk:**  Nichole Heuerman                **Court Reporter**: Belle Ball

**PROCEEDINGS**

　　　Trial Setting-Held.  Ms. Bosworth has just substituted in as counsel of record and requests a continuance to have an opportunity to meet and confer with client and review the file.  The court grants the request to continue the matter.  The court informs the parties that a briefing schedule for motions or trial date will be set at the next hearing.  Time is excluded from 9/3/08 to 10/1/08 for effective preparation of counsel.  The government to prepare order regarding exclusion of time.

**CASE CONTINUED TO:** October 1, 2008 at 1:30 p.m. for Motions/Trial Setting.

------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:** Category  Begins 9/3/08 Ends 10/1/08
------------------------------------------------------------------------------------------------------------------

**cc:**     file